CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRED MORGAN,<br>　　Petitioner, | )<br>)<br>) | Civil Action No. 7:05-cv-00224 |
| v. | )<br>) | **ORDER** |
| UNITED STATES OF AMERICA,<br>　　Respondent. | )<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion for relief from judgment (Dkt. #15) is hereby **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, and **DISMISSED** as successive, and petitioner's motion for downward departure (Dkt. #16) is hereby **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 31st day of January, 2006.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge